# United States District Court
## Southern District of Georgia

Krane Development, Inc. d/b/a ADS Services, Inc.

Plaintiff

v.

Gilbane Federal Company, et al.

Defendant

Case No. 1:21-cv-00035-JRH-BKE

Appearing on behalf of OHC Environmental Engineering, Inc.

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 18th day of November, 2021.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

NAME OF PETITIONER: MEREDITH A. FREEMAN

Business Address: Shutts & Bowen, LLP, 4301 W. Boy Scout Blvd., Suite 300

Firm/Business Name

4301 West Boy Scout Blvd., Suite 300

Street Address

_____ Tampa        FL        33607
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____ _____ _____
Address Line 2   City   State   Zip

(813) 227-8115      _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: mfreeman@shutts.com